

# FOLEY
FOLEY & LARDNER LLP

ATTORNEYS AT LAW

WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
202.672.5300 TEL
202.672.5399 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
202.945.6149
ghusisian@foley.com

September 18, 2020

**BY ELECTRONIC FILING**

Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, New York  10278

      **Re:**    Plantronics, Inc. and Polycom, Inc. v. United States of America; Office of the United States Trade Representative; Robert E. Lighthizer, U.S. Trade Representative; U.S. Customs & Border Protection; Mark A. Morgan, U.S. Customs & Border Protection Acting Commissioner

Dear Sir or Madam,

On behalf of Plantronics, Inc. and Polycom, Inc., enclosed please find the Complaint to commence the above-referenced action.  This filing completes the Summons that was filed concurrently on September 18, 2020, along with Forms 5 and 13, a Notice of Appearance, and payment of the filing fee in the amount of $400.00, per Court Rules 3(b) and (c).  Plaintiffs are contesting tariffs on the importation of merchandise for reasons other than the raising of revenue.  Because the Court has jurisdiction, but there is no directly applicable jurisdictional basis, the Court of International Trade has exclusive jurisdiction over this action pursuant to its residual jurisdiction in 28 U.S.C. § 1581(i)(1)(B).

Gregory Husisian is the designated attorney for receipt of service in this matter.  Please contact us at the number or e-mail provided above with any questions.

Thank you for your attention to this matter.

Best Regards,

Gregory Husisian

Enclosures

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TAMPA |
| BOSTON | HOUSTON | MIAMI | SAN DIEGO | WASHINGTON, D.C. |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN FRANCISCO | BRUSSELS |
| DALLAS | LOS ANGELES | NEW YORK | SILICON VALLEY | TOKYO |
| DENVER | MADISON | ORLANDO | TALLAHASSEE | |