## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation and POLYCOM, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE<br><br>ROBERT E. LIGHTHIZER, in His Official Capacity as United States Trade Representative;<br><br>U.S. CUSTOMS & BORDER PROTECTION,<br><br>MARK A. MORGAN, in His Official Capacity as Acting Commissioner of U.S. Customs & Border Protection,<br><br>Defendants | Court No. 20-2291 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Gregory Husisian, hereby enters an appearance as the principal attorney of record for Plantronics, Inc. a Delaware corporation, and Polycom, Inc., a Delaware corporation, plaintiffs in this action, and requests that all papers in connection with this action be served at the address below.

Dated this 19th day of September, 2020.

*/s/ Gregory Husisian*
Gregory Husisian
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C.  20007
Tel:     (202) 945-6149
Fax:     (202) 672-5399
GHusisian@foley.com
Attorney for Plaintiffs