## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation, and POLYCOM, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE<br><br>ROBERT E. LIGHTHIZER, in His Official Capacity as United States Trade Representative;<br><br>U.S. CUSTOMS & BORDER PROTECTION,<br><br>MARK A. MORGAN, in His Official Capacity as Acting Commissioner of U.S. Customs & Border Protection,<br><br>Defendants | Court No. 20-_____ |

### SUMMONS

TO:   The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiffs' attorneys, whose names and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated this 19th day of September, 2020.

*/s/ Mario Toscano*
Clerk of the Court

*/s/ Gregory Husisian*
Gregory Husisian
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C.  20007
Tel:    (202) 945-6149
Fax:    (202) 672-5399
GHusisian@foley.com

Attorney for Plaintiffs
